ORIGINAL

03-74883
JOHN CORBETT O'MEARA
MAGISTRATE JUDGE PEPE

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

In the United States District Court

James Harris-145260

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Attorney General, et. al.

(Enter above the full name of the defendant or defendants in this action.)

RECEIVED
DEC 3 2003
CLERK'S OFFICE
U.S. DISTRICT COURT

Instructions for Filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet includes four copies of a complaint form. To start an action, you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. **The clerk will not file your complaint unless it conforms to these instructions and to these forms.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to prepay the filing fee and service costs for this action, you must petition the court to proceed in forma pauperis by completing and signing the attached affidavit in support of application (pages 2-3). You must also have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. **If the court grants you leave to proceed in forma pauperis, you will still be required to pay the $150.00 filing fee through an initial partial filing fee and through monthly installments.**

Your complaint must be legibly handwritten or typewritten. You, the plaintiff(s), must sign and date the complaint on the last page. If you need additional space to completely answer a question, you must attach additional pages.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the **correct name and address of each person you have named as defendant.** A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and copies to the Clerk of the United States District Court for the Western District of Michigan at any of the addresses below:

| U.S. District Court | U.S. District Court | U.S. District Court | U.S. District Court |
|---|---|---|---|
| 399 Federal Building | 229 Federal Building | B-35 Federal Building | 113 Federal Building |
| 110 Michigan St., NW | P.O. Box 698 | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |

(Last Revised: December 1997)

James Harris 145260
Pine River Correctional Facility
320 N. Hubbard ST
St. Lois, MI  48880
Nov, 18 2003

TO: Clerk
U.S District Court Eastern District Michigan
Theodorelevin V U.S Courthouse
231 W. Lafayette, Room 564
Detroit, MI, 48226

Dear Clerk,
Greeting. my name is James Harris, and I am trying to file a complaint there with the court. also, I am Indigent and I hope that you would waiver service to the defendants in this case. Referee: David ~~Buttery~~ Perkins: 38750 County OF WAYNE PROBATR COURT, courtroom 1-J Lincoln Hall 1025 E. forest Detroit, MI , 48207. M.D.O.C Ionia, temporay and Muskgon and there health services. and the Attorney general, Office. childer and Youth Services 1747 Michigan Plaza Building Detroit, MI, 48226. I do not have money to pay for the services. think you. if theree was any rights in this world, I hope to see this court give them. I been trying to tell someone about what happen tome. but, if its the Lord will, it will be done. Because, he see 🞄
the good. I am not good at writing, I am doing the best I can. but, there is one think that I give and that to Lord. so, if the Lord is willing. it will done.
Think You.


Sincerely,
*James Harris*
James Harris

# COMPLAINT

I. **Previous Lawsuits**

   CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $150 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding in forma pauperis and require you to pay the entire $150 filing fee regardless whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer question 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

      _____

   2. Is the action still pending?   Yes ☐   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

      _____

   3. Did you appeal the decision?   Yes ☐   No ☐

   4. Is the appeal still pending?   Yes ☐   No ☐

      a. If not pending, what was the decision on appeal? _____

      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☐

      If so, explain: _____

      _____

II. **Place of Present Confinement**   PINE RIVER Correctional facility

   If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: Ionia Temporary, Muskegon Temporary

III. **Exhaustion of Administrative Remedies**

   CAUTION: You are required by federal law to exhaust your available remedies on any action brought with respect to jail, prison, or other correctional facility conditions prior to bringing an action under 42 U.S.C. § 1983 or any other federal law. Once again, failure to provide complete and accurate answers to the questions set forth below will likely result in denial of the privilege of proceeding in forma pauperis. ATTACH COPIES OF ALL DOCUMENTS EVIDENCING EXHAUSTION OF REMEDIES.

   A. Is your place of confinement a facility operated by the Michigan Department of Corrections?   Yes ☑   No ☐

   B. If your answer to A was yes, did you file a grievance concerning the facts set forth in this complaint?   Yes ☑   No ☐

      1. If your answer is no, explain why a grievance was not filed: _____

         _____

-4-

2. If your answer is yes, list the grievance number(s) and the date listed as "Today's Date" box on the Prisoner/Corrections Client Grievance Form: __128263 - 3-18-02, 128803, 4-4-02 - ITF00090039528-13__

3. What was the decision upon your grievance at Step I? __Vague__

C. If your answers to A and B are yes, did you appeal the Step I decision? Yes ☑ No ☐

   1. If your answer above was yes, what was the Step II decision? __Vague__

   Did you appeal to Step III? Yes ☑ No ☐

   If your answer above was yes, what was the decision at Step III? __Vague__

D. Does your complaint concern a misconduct charge filed against you? Yes ☐ No ☑

   1. Did you have an administrative hearing on the misconduct charge? Yes ☐ No ☑

      If yes, what was the hearing officer's decision? _____

   2. Did you request an administrative rehearing? Yes ☐ No ☑

      If you did request an administrative rehearing, what was the decision rendered upon rehearing? _____

   3. After rehearing, did you appeal the decision in one of the circuit courts for the State of Michigan? Yes ☐ No ☐

      a. If yes, what was the decision of the circuit court? _____

      b. Did you appeal the decision of the circuit court? Yes ☐ No ☑

         If yes, state the decisions of the Michigan Court of Appeals and Michigan Supreme Court: _____

E. If your claim concerns confinement within a facility not operated by the Michigan Department of Corrections, please state in detail the steps you have taken to exhaust your available state remedies prior to filing this lawsuit:

F. If you have taken any other steps to exhaust your state remedies, please describe in detail what steps you have taken:

-5-

IV. **Parties**

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff JAMES HARRIS
   Address Pine River 320. Hubbard St. Louis, MI. 48880

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary. State whether your are suing each defendant in an official or personal capacity.

B. Defendant Attorney Generals is employed as Michigan Attorney at Children And Youth Services, Detroit MI 48226

C. Additional Defendants Referee DAVID PERKINS, 38.750, Probate Court, 1025. Forest. Ionia Temporay. Muskegon And Their Health Services. Probate Court Case. 97357942 Petition 97019567, Petition Court of Appeals, 220950. Probate Court, Pet. 98027004.

V. **Statement of Claim**

State here, as briefly as possible, the facts of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

My Children was in A petition Tempoorary Custody, I had A "Writ of Habeas Corpus To be There, and I want To tell Them. Not to give me children To the person who wanted them. but they had the hearing without me, and give Them To that person, and now My "Child" Mariah Jamie Harris, is Dead Now. and The M.D.O.C and Their Health Service have Tried To poison with pill, putting inmate up To Try To hurt me, and Trying To "extort My Court paper.

-6-

1) Referee DAVID Perkins, 38750. Fail To Perform Judicial du[ty]
Code of Judicial Conduct, by not letting me challenge the peti[tion]
of The Custodial Relative. She have 5 children and with my s[on]
Children would have been to many for her. This was neglected, [re]
Resulted in the death of my child. MARIAH JAMIE HARRIS. A "writ"
habeas corpus, safeguard my personal Liberty. The Attorney
General did not violation of my right. When I was trying to petiti[on]
establishing the cause of death, interested Parties, Rule. The Court and
Attorney General are responsibility to determine cause of Death i[n]
A Prosedure. IONIA Temporay and Muskgon Temporay has "Exploit[ed]
me. The M.D.O.C. put me in manipulating sexual authority Abuse. A[nd]
They have malicious threat by the officers. Trying to extort my
Court paper. There Health Services given me some med. that ha[ve]
me physical injury. There was some pill given to me at M.T.F. Th[at]
were inside a capcial. I did nt take that time, I given the T[o]
The Seg. At M.T.F and said he was going to Look into it. 2 day[s]
Later, he said they were Though Away.

## VI. Relief

State briefly and precisely what you want the court to do for you.

Attorney General, One million, To Hundred million
DAVID Pekin-38750, One million, To Hundred million
Ionia Temporay - One million, To Hundred million
Muskgon Temporay - One million, To Hundred million
There Health Services, for M.D.O.C, One million, To
Hundred million
Total, Five Hundred million

KEVIN SCULLY
NOTARY PUBLIC INGHAM CO., MI
MY COMMISSION EXPIRES Jan 2, 2004

11/18/03
Date

Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)
The failure of a pro se litigant to keep the court apprised of an address change may be considered cause for dismissal.

-7-

128803

**RECEIVED** APR 1 2002 MICHIGAN DEPT. OF CORRECTIONS PRISONER AFFAIRS

**RECEIVED** APR 01 2002 MICHIGAN DEPT. OF CORRECTIONS PRISONER AFFAIRS

(28B)

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER/PAROLEE GRIEVANCE FORM

4835-4247 10/94
CSJ-247A

Date Received at Step I _____    Grievance Identifier: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| HARRIS | 145260 | M.T.F | H-66-B | 4-4-02 | 4-4-02 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 4-4-02
If none, explain why. TALK TO Health SERVICES

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Conspiracy in this facilites there is A to kill me. And they ARE doing it thourght Health services. something is wrong with the med that they Have been giving me, something is in All of the med.

James Harris
Grievant's Signature

RESPONSE (Grievant Interviewed?) ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.

**RETURNED** Your grievance has been returned to you for resubmission at Step I to PD/OP 03.02.130 for instructions.

Respondent's Signature _____    Date _____    Reviewer's Signature _____    Date _____

Respondent's Name (Print) _____    Working Title _____    Reviewer's Name (Print) _____    Working Title _____

Date Returned to Grievant: _____    If resolved at Step I, Grievant sign here. Resolution must be described above.    Grievant's Signature _____    Date _____

RFI No.

## MICHIGAN JUDICIAL TENURE COMMISSION
## REQUEST FOR INVESTIGATION FORM

> Instructions:
> (1) Type or print all information, except your signature.
> (2) Complete *both* pages of this form.
> (3) Have your signature notarized.
> (4) Make a copy of this Request for Investigation for your files.
> (5) Include copies of any documents or transcripts that support your claim. Send *copies* of documents or transcripts only, not originals.
> (6) Return this original, completed form to:
> Judicial Tenure Commission
> 3034 West Grand Boulevard, Suite 8-450
> Detroit, MI 48202

**I. INFORMATION ABOUT YOU:**

Name: JAMES R. HARRIS      Prisoner No., if any. 145260

Address: 320 N. Hubbard Street      City/State/Zip St. Louis, MI, 48880

Daytime Phone _____      Evening Phone _____

**II. INFORMATION ABOUT YOUR CASE:**

Name of Judge/Magistrate/(Referee): DAVID PERKINS - 38750

Name of Case: SUMMONS ORDER TO APPEAR (CHILD PROTECTIVE PROCEEDING) PETITION

Case No. 97357942; 97019567      District or Circuit Court No. 3

Type of Judge (check one):

- ☐ Supreme Court
- ☒ Probate Court
- ☐ Magistrate
- ☐ Court of Appeals
- ☐ District Court
- ☒ Referee
- ☐ Circuit Court
- ☐ Municipal Court
- ☐ Other

Date and time of the alleged misconduct: August 22, 1997, At 09:30 A.M.,

Your Attorney's Name: NO      Attorney's Phone No. NO

Do you have any transcripts of the proceedings? ☐ yes ☒ no

For office use only:

III. PLEASE SET OUT THE FACTS YOU ALLEGE CONSTITUTE MISCONDUCT:
(Attach additional sheets, if necessary)

The Department of Social Services, by Petitioner-Diana M. Schreiber, No. Load-267901, was saying that I had neglected my children, under provisions of MCL 712A.2(b). I was in the Wayne County Jail. I w[as] serve with a "Writ of Habeas Corpus, the safeguard of my personal liberty. I was challenging the Petitioner, because, one of the custodial relative have a lot of children and she was not fit to ca[re] for 10 or so children all at once. The Referee fail to perform Judicial duties, Code of Judicial Conduct, Rules of Profissonal Responsibility. Conduct that is clearly prejudicial to the administrati[on] of Justice, it was from the Referee improper bias, and violation of Professional Responsibity caused "Death of my child Mariah Harris. Why I was not given the opportunity to respond to the allegation, Th[at] I don't know. So, I'm requsting for a Investigation.

I certify that I have read the information sheet on the Judicial Tenure Commission's function, jurisdiction, and procedures. I further swear (or affirm) that the above information is true and accurate, and I have been duly sworn by the attesting notary public listed below.

Your signature: *James Harrell*

Subscribed and sworn to before me, a Notary Public, on this 27 day of October 2002.

Signature of Notary
My Commission expires: 6/3/04

E:\pjf\Michigan Judicial Tenure Commission2.doc

Notary stamp or seal in this section:
KEVIN SCULLY
NOTARY PUBLIC INGHAM CO., MI
MY COMMISSION EXPIRES Jun 3, 2004
ACTING IN GRATIOT COUNTY, MI